AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **v.** ) | |
| ) | Case No.    5:26-MJ-97 (ML) |
| ) | |
| ) | |
| ) | |
| **JEFFREY WARNER** ) | |
| **Defendant** | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of March 11, 2026 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Knowingly Possessed Material that Contains an Image of Child Pornography that Has Been Mailed, or Shipped, or Transported Using Any Means or Facility of Interstate or Foreign Commerce or in or Affecting Such Commerce by Any Means, Including by Computer, and the Child Pornography Involved a Prepubescent Minor or a Minor Who Had Not Attained 12 Years of Age |
| 18 U.S.C. § 2252A(a)(2)(A) | Knowingly Received Child Pornography Using Any Means or Facility of Interstate or Foreign Commerce or that Has Been Shipped or Transported in or Affecting Such Commerce by Any Means, Including by Computer |

This criminal complaint is based on these facts:
See Attached Affidavit

☒    Continued on the attached sheet.

_Cory R Shepard_
_____
*Complainant's signature*

Cory Shepard, Task Force Officer
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: _____April 30, 2026_____

_Judge's signature_

City and State: _____Binghamton, New York_____       Hon. Miroslav Lovric, U.S. Magistrate Judge

_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Cory Shepard, being duly sworn, hereby state as follows:

## I.    INTRODUCTION

1.    I am a Customs and Border Protection Officer (CBPO) with the U.S. Department of Homeland Security (DHS), Customs and Border Protection (CBP), and as such I am empowered by law to investigate and make arrest for offenses enumerated in Title 18, United States Code, Section 2252A.

2.    I have been employed as a Task Force Officer (TFO) since November 2020 and I am currently assigned to the Homeland Security Investigation (HSI) Task Force Resident Agent Office in Alexandria Bay, New York.  While assigned to HSI, I have been responsible for enforcing customs laws, immigration laws and federal criminal statutes of the United States.  My responsibilities as a TFO with HSI include, but are not limited to, conducting investigations, executing arrest warrants, executing search warrants, collecting evidence, and interviewing witnesses.  I have been a TFO for approximately five and one-half years and have investigated and/or participated in investigations of child pornography, narcotics, smuggling, and immigration-related cases.  My duties include the enforcement of federal criminal statutes involving the sexual exploitation of children, as codified in Title 18, United States Code, Sections 2251 through 2259.  I have participated in searches of premises and assisted in gathering evidence by means of a search warrant.  I have received training in the area of the importation and distribution of child pornography and have had the opportunity to observe and review numerous examples of child pornography in many forms, including video and computer media.

3.    My duties include the enforcement of federal criminal statutes involving the exploitation of children as codified in Title 18, United States Code, Sections 2251-2259. I have received training in the importation and distribution of child pornography and have had the

1

opportunity to observe and review numerous examples of child pornography in many forms of media, including video and computer media.

4.    This affidavit is made in support of an application for a criminal complaint charging Jeffrey WARNER with violations of 18 U.S.C. §§ 2252A(a)(5)(B) (possession of child pornography) and 2252A(a)(2)(A) (receipt of child pornography).

5.    The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has violated 18 U.S.C. §§ 2252A(a)(5)(B) (possession of child pornography) and 2252A(a)(2)(A) (receipt of child pornography).

## II.    THE INVESTIGATION AND PROBABLE CAUSE

6.    As part of an ongoing investigation, HSI in New York City initiated the use of investigative software that was connected to the Internet to conduct an investigation on the BitTorrent network. The investigative software is designed to search the BitTorrent network for computers that are possessing and offering to share files depicting child pornography. The software accomplishes this by comparing torrent file info hashes for files that are being offered for share on the BitTorrent network with info hashes contained within a "torrents of interest" list.

7.    If an info hash match for a "torrent of interest" is identified, the investigative software will note the Internet Protocol (IP) address of the computer possessing that torrent file, and it will attempt to download the file(s) associated with the torrent file from the computer that is using that IP address (if the files are being made available for download by the suspect computer). The investigative software accomplishes this by establishing a direct connection with the computer using the suspect IP address. All downloads made by the investigative software are single-source

downloads, meaning that they are obtained from the single computer that is using the suspect IP address, as opposed to downloading parts of the file(s) from multiple sources.

8. Through info hash matches, the investigative software noted that a computer using IP address 69.207.64.145 (the "SUSPECT IP ADDRESS") possessed and was sharing child pornography. Specifically, the investigative software observed that a computer using the SUSPECT IP ADDRESS possessed a "torrent of interest" and was sharing files associated with it via the BitTorrent network.

9. On or about March 11, 2026, the investigative software established a direct connection with a computer that was using the SUSPECT IP ADDRESS and downloaded multiple files from it that were associated with a "torrent of interest." I personally viewed the files downloaded from the SUBJECT IP ADDRESS and confirmed that they depicted child pornography, as described below.

    a. A video file named, "Tara (12).wmv," which is approximately three minutes and fifty-six seconds in length. The video depicts a female child of approximately 8-10 years of age and an adult male. A vibrator vaginally penetrates the female child. There is a caption "Tara: 8yrs old and she cums!" in a red banner at the top of the screen. The video then cuts to the female child being backed up to an adult male that is sitting in a chair; it appears the adult male is performing anal intercourse with the child. There is a caption "now she gets ass fucked!" in a red banner at the top of the screen.

    b. A video file named, "Tara (2).AVI," which is approximately one minute and three seconds in length. The video depicts a naked prepubescent girl laying on her stomach on a sheet that appears to be laid out on grass. A male's voice is heard saying "suck my dick." The child then kneels in front of the unknown male who is exposing his

3

erect penis. The child then performs oral sex on the male while she stares up at the camera the adult male is holding. The child then sits back down on top of a blanket exposing her vagina. The child has no pubic hair and no breasts.

10.    Additional investigation revealed that the SUSPECT IP ADDRESS was assigned to Jeffrey WARNER at an apartment on Seneca Street in Manlius, NY 13104 (the "Residence") on the date/time of the BitTorrent activity.

11.    On April 29, 2026, your affiant applied for a federal search warrant authorizing the search of WARNER, the Residence, two individuals associated with the Residence, and two vehicles linked to WARNER. The warrants were authorized by United States Magistrate Judge, Miroslav Lovric, on the same date.

12.    On April 30, 2026, agents from Homeland Security Investigations executed the warrants, during the execution of the warrant at the Residence, Jeffrey WARNER was encountered. WARNER was thereafter transported to the Manlius Police Department.

13.    At the Manlius Police Department, WARNER was read his *Miranda* rights, which he voluntarily waived and agreed to speak with investigators. During the ensuing interview, WARNER admitted that he knows how Peer 2 Peer ("P2P") file sharing works and was familiar with BitTorrent and EMule, another P2P file sharing platform. WARNER admitted that he had accessed both platforms with the most recent access being last week. During the interview, WARNER also acknowledged downloading and viewing child pornography files on the P2P platforms. WARNER was shown the above-mentioned files, downloaded from WARNER via BitTorrent, and WARNER acknowledged that he had previously viewed the files and was familiar with them.

14.    During the search of WARNER'S residence, a desktop computer was located. WARNER admitted he was the only person with access to this device. A triage examination of the device was performed and investigators noted artifacts evidencing over 7,000 P2P downloads. The

4

majority of these files names contained naming conventions typical of child pornography such as "PTHC," "Pedo," and "young."

15.    During the on-scene triage of the device investigators also located a hidden folder labeled "Asians." Within this folder were multiple child pornography video files including:

    a.    A video file name "Alicia 12Yo Filipina Girl PTHC," approximately sixteen minutes and ten seconds in length, depicting a naked minor female child, approximately 12 years old, and an adult male. In the video the adult male starts performing oral sex on the minor female who then performs oral sex on the adult male. The adult male then vaginally and digitally penetrates the child.

    b.    A video file, approximately seventeen seconds in length, depicting a minor female, approximately six to eight years old. In the video the minor's vagina is exposed and is the focal point of the video.

## III.    CONCLUSION

16.    Based on the above information, there is probable cause to believe that Jeffrey WARNER has violated 18 U.S.C. §§ 2252A(a)(5)(B) (possession of child pornography) and 2252A(a)(2)(A) (receipt of child pornography).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Cory R Shepard*

Cory Shepard, Task Force Officer
Homeland Security Investigations

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on April 30, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*

Hon. Miroslav Lovric
United States Magistrate Judge

5